H. T. HARRIS v. G. W. PRATER, as Chief of Police of the City of Palatka, Florida.

181 So. 927.

En Banc.

Opinion Filed June 8, 1938.

J. *Velma Keen* and *A. Frank O'Kelley, Jr.*, for Petitioner.
*J. P. Lamb*, for Respondent.

PER CURIAM.—In this habeas corpus proceeding, the petitioner must be discharged on the authority of the case of American Bakeries Company v. City of Haines City, *et al.*, the opinion and decision in which was rendered 16th day of March and rehearing denied on the 28th day of April 1938, wherein the same legal question which controls the decision of this case was involved and decided.

Petitioner discharged from custody.

WHITFIELD, TERRELL, BROWN and BUFORD, J. J., concur.
CHAPMAN, J., dissents.

CHAPMAN, J. (dissenting)—I dissent from the majority opinion filed in this case for the reasons expressed in my dissenting opinion in American Bakeries Company v. City of Haines City filed March 16, 1938. I think the rule expressed in Sanders v. Howell, 73 Fla. 563, 74 So. 803, should control and the petitioner should be remanded to custody.